AO 442 (Rev. 11/11)  Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

| | | |
|---|---|---|
| United States of America<br>v.<br>William Arthur Gullett, Sr.<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No. 0:24-CR-11-DLB-CJS |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

   18:2250(a) Failure to register as sex offender

Date: 06/06/2024

_____
*Issuing officer's signature*

City and state: Ashland, KY

ROBERT R. CARR, CLERK by Kelly Smith, D.C.
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: 

Known aliases: 

Last known residence: 

Prior addresses to which defendant/offender may still have ties: 

Last known employment: 

Last known telephone numbers: 

Place of birth: 

Date of birth: 

Social Security number: 

Height:                                             Weight: 

Sex:                                                Race: 

Hair:                                               Eyes: 

Scars, tattoos, other distinguishing marks: 

History of violence, weapons, drug use: 

Known family, friends, and other associates *(name, relation, address, phone number)*: 

FBI number: 

Complete description of auto: 

Investigative agency and address: 

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: 

Date of last contact with pretrial services or probation officer *(if applicable)*: